IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:14-CV-918-WKW |
| ) | |
| NEIGHBORHOOD RESTAURANT ) | |
| PARTNERS FLORIDA TWO, LLC, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

On March 28, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 30.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses (Doc. # 25) is GRANTED in part and Plaintiff is awarded reasonable attorneys' fees and costs as set out in the Recommendation in the total amount of $13,640.70; and

(2) Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses (Doc. # 25) is DENIED in part to the extent that the fees and costs requested exceed $13,640.70.

DONE this 14th day of April, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE